RECEIVED
IN MONROE, LA
JUL 21 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GEORGE STENNETT | CIVIL ACTION NO. 08-0782 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PREMIER REHABILITATION HOSPITAL, LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

On June 3, 2008, Plaintiff George Stennett ("Stennett") filed a Complaint against Defendant Scott Markstrom ("Markstrom") and seven other defendants. [Doc. No. 1].

On April 12, 2010, the Clerk of Court issued a Notice of Intent to Dismiss for Failure to Prosecute [Doc. No. 28] to Stennett, notifying him that the claims against Markstrom and Defendant Pin Mark Enterprises LLC ("PME") would be dismissed for failure to seek default if he did not take action within fourteen (14) days.

On April 16, 2010, Stennett moved for entry of default against Markstrom and PME. [Doc. No. 29]. The same day, the Clerk entered a Notice of Entry of Default against Markstrom and PME. [Doc. No. 31].

On April 19, 2010, Markstrom, PME, and another defendant filed an Answer [Doc. No. 33]. On April 20, 2010, the Court issued a Notice of Deficiency [Doc. No. 34] as to the Answer. The Answer was deficient because 1) an individual signed on behalf of a company, 2) corporations may not appear in a federal civil action pro se, and 3) the only pleading permissible from a party against which default has been entered is a motion to set aside the default. On May

18, 2010, because the deficiency had not been corrected, Magistrate Judge Hayes entered an order striking the Answer. [Doc. No. 38].

On July 19, 2010, Markstrom filed a Motion to Set Aside Default.[1] [Doc. No. 44]. Markstrom represents that his address has changed, which delayed his receipt of the Notice of Deficiency. Because Stennett has not yet filed a motion seeking a default judgment against Markstrom under FED. R. CIV. PRO. 55, the Court grants Markstrom's Motion to Set Aside Default and sets aside the Clerk's Entry of Default. [Doc. No. 31].

MONROE, LOUISIANA, this 21 day of July, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] PME previously filed a Motion to Set Aside Default for itself only. [Doc. No. 41]. The Court granted that motion on July 1, 2010. [Doc. Nos. 42, 43].